IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STUART LELAND COWAN,

      Plaintiff,               No. CIV 03-05323 ALA HC

   vs.

MIKE KNOWLES

      Defendants.      <u>ORDER</u>
_____/

      Good cause appearing therefore the order dated August 21, 2007 is VACATED.

DATED: September 13, 2007

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation

-1-